IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ABDULLAH HANEEF IBN-SADIIKA, :
:
    Petitioner :
: CIVIL NO. 3:19-CV-1066
v. :
: (Judge Caputo)
LELAND WARREN LIPSCOMB, et al., :
:
    Respondents :
:

ORDER

**AND NOW**, this **25th** day of **FEBRUARY 2020**, upon consideration of Mr. Ibn-Sadiika's petition for writ of habeas corpus (ECF No. 1), it is **ORDERED** that:

1. Mr. Ibn-Sadiika shall file an amended petition for writ of habeas corpus by **Monday, March 23, 2020**.

2. The Clerk of Court is directed to provide the Petitioner with two blank § 2254 and § 2241 forms for his use in preparing his amended petition.

3. If Mr. Ibn-Sadiika fails to timely file an amended petition, the Petition will be dismissed without prejudice.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**