# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ABDULLA HANEEF IBN–SADIIKA,** : | |
| : | **CIVIL ACTION NO. 3:19-1066** |
| Plaintiff | |
| : | **(Judge Mannion)** |
| v. | |
| : | |
| **LELAND WARREN LIPSCOMB,** *et al.,* | |
| : | |
| Defendants : | |

## ORDER

For the reasons stated in the memorandum issued this same day, it is **HEREBY ORDERED THAT** Plaintiff's amended habeas petition and supplement (Docs. 27–28) are **DISMISSED** for lack of jurisdiction.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 3, 2020**
19-1066-01 order